

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00072-CR |
| State, | § | Appeal from the |
| v. | § | 409th District Court |
| ROCIO ROMERO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D01434) |

## **O R D E R**

The Court has received and filed the supplemental clerk's record requested in this Court's order issued August 14, 2013. The appeal is therefore reinstated and the State's brief is now due November 10, 2013.

IT IS SO ORDERED this 11th day of October, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.